**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

MONICA HOWERTON                                                                                  PLAINTIFF

VERSUS                                                              CIVIL ACTION NO.   1:20-cv-67-HSO-JCG

GULFSIDE CASINO PARTNERSHIP                                                          DEFENDANT
DBA ISLAND VIEW CASINO RESORT
AND RHONDA ROBERTSON,
INDIVIDUALLY

## NOTICE OF REMOVAL

TO:   Louis H. Watson, Jr.
      Nick Morris
      WATSON & NORRIS, PLLC
      1880 Lakeland Drive, Suite G
      Jackson, MS  39216

PLEASE TAKE NOTICE that, with a full reservation of rights and defenses, named Defendant, Gulfside Casino Partnership d/b/a Island View Casino Resort (hereinafter "Defendant" or "Island View"), designated as a Defendant in the proceeding entitled *Monica Howerton v. Gulfside Casino Partnership dba Island View Casino Resort and Rhonda Robertson, Individually*, bearing number A2401-2019-331 on the face of the Complaint, and currently pending on the docket of the Circuit Court of Harrison County, State of Mississippi, as docket number 24CI1:19-cv-0031 on the Court's electronic docket, hereby files in the United States District Court for the Southern District of Mississippi, Southern Division, this Notice of Removal to effect the removal of this action to the United States District Court for the Southern District of Mississippi, Southern Division, in accordance with 28 U.S.C. §1441.

Copies of this Notice of Removal are herewith served upon you as counsel of record for Monica Howerton and a copy of said Notice of Removal is being filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. §1446(d).

Defendant respectfully represents that the grounds for removal are as follows:

I.

On or about December 19, 2019, a Complaint Jury Trial Demanded ("Complaint") was filed and is now pending in the Circuit Court of Harrison County, Mississippi, bearing number A2401-2019-331 on the face of the Complaint and docket number 24CI1:19-cv-00331 on the Court's electronic docket, which is within the Southern District of Mississippi.

II.

On December 27, 2019, Plaintiff filed a First Amended Complaint Jury Trial Demanded ("Amended Complaint"). Defendant has not been served with the Amended Complaint and only received a copy of the Amended Complaint from the Court's docket. A copy of Plaintiff's Complaint and Amended Complaint are attached *in globo* as Exhibit "1" and incorporated herein by reference as required by 28 U.S.C. §1446(a).

III.

In the Complaint and Amended Complaint, Plaintiff asserts, among other allegations, alleged violations of retaliation under federal law, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. In her suit, Plaintiff also seeks punitive damages as part of her relief. Punitive damages for alleged retaliation are allowed only under federal law. On October 25, 2017, prior to the filing of her Complaint, Plaintiff, Monica Howerton, filed an EEOC Charge of Discrimination against Island View Casino Resort and alleged violations of sexual harassment and retaliation under federal law, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. Plaintiff's EEOC Charge of Discrimination is attached to

- 3 -

her Complaint and Amended Complaint as Exhibit "A". *See* Exhibit 1. In her Complaint and Amended Complaint, Plaintiff named as defendants, Gulfside Casino Partnership d/b/a Island View Casino Resort and Rhonda Robertson, individually.

IV.

The Complaint was first served on Defendant on January 27, 2020. A copy of the Summons served on Defendant with the Complaint is attached as Exhibit "2". Thirty days have not elapsed since Defendant was served with the Complaint. Defendant, Rhonda Robertson, has not been personally served to date.

V.

As required by 28 U.S.C. §1446(a), filed herewith are copies of all process and pleadings in the state court proceeding. Upon information and belief, no other pleadings have been filed in the state court action, other than those attached hereto.

VI.

The above-described action is a civil action of which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff asserts in the Complaint a claim arising under federal law. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

VII.

Furthermore, this Court has supplemental jurisdiction over Plaintiff's other claims under state law pursuant to 28 U.S.C. § 1367(a) because Plaintiff's state law claims are so related to her claims under federal law that they form part of the same case or controversy under Article III of the United States Constitution.

VIII.

Promptly after notice of this removal is filed, written notice thereof will be given to all parties and adverse parties and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court as provided by law.

WHEREFORE, Defendant, Gulfside Casino Partnership d/b/a Island View Casino Resort, prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Complaint and Amended Complaint be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  *s/ LaToya C. Merritt*
LaToya C. Merritt (MSB #100054
Candice L. Rucker (MSB #105355)
111 East Capitol Street • Suite 600
Jackson, Mississippi  39201-2122
P. O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Telecopier: (601) 360-9777

**ATTORNEYS FOR DEFENDANT,
GULFSIDE CASINO PARTNERSHIP D/B/A
ISLAND VIEW CASINO RESORT**

- 5 -

OF COUNSEL:

M. Nan Alessandra, Esquire (LB #16783)
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing Notice of Removal with the Clerk of Court by using the CM/ECF system and have served counsel for all parties via email.

                                                            */s/ LaToya C. Merritt*
                                                            LATOYA C. MERRITT